# FORM A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or

Rev. 10/10  UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

Curtis Smith

FILED
JAMES J. VILT, JR. - CLERK
MAR 03 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

(Full name of the Plaintiff(s) in this action)

v.

CIVIL ACTION NO. 5:21-CV-35-TBR
(To be supplied by the clerk)

Cookie Crews; DOC Commissioner,
Kevin Mazza; Warden, GRCC,
Scott Jordan; Warden, KSP, DEMAND FOR JURY TRIAL (X)
Hope; GRCC, NO JURY TRIAL DEMAND ( )
Massden; GRCC, (Check only one)

(Full name of the Defendant(s) in this action)
(See attached continuance of Defendants.)

## I. PARTIES

(A) **Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Curtis Smith

Place of Confinement: Kentucky State Penitentiary

Address: 266 Water Street, Eddyville, Ky., 42038

Status of Plaintiff: CONVICTED (X)   PRETRIAL DETAINEE ( )

(2) Name of Plaintiff: No other Plaintiff(s)

Place of Confinement: _____

Continuance of Defendants:
Ricktor; GRCC,
Erik Lengenman; GRCC,
Chase McRoy; GRCC,
Frederick Rogers; KSP,
Brittany Fraliex; KSP,
William Simpson; KSP,
Tammie Hutchinson; KSP and
Unknown Medical nurse; GRCC.

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(3) Name of Plaintiff: **No other Plaintiff(s)**

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(B) **Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant **Cookie Crews** is employed as **D.O.C. Commissioner** at **P.O. Box 2400, Frankfort, Ky., 40601**.

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

(2) Defendant **Kevin Mazza** is employed as **Warden at GRCC** at **1200 River Rd., Central City, Ky. 42330**.

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

(3) Defendant **Scott Jordan** is employed as **Warden at KSP** at **266 Water St., Eddyville, Ky., 42038**.

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

(4) Defendant **Hope** is employed as **Administrative Employee** at **Green River Corr. Complex**.

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

Continuance of Defendants: (page two)

(6) Defendant _____ Ricktor is employed as a Security employee, at Green River Corr. Complex, 1200 River Road, Central City, Ky., 42330
The Defendant is being sued in her (X) individual and (X) official capacity.

(7) Defendant Erik _____ Lengenman is employed as a Security employee at the Green River Corr. Complex, 1200 River Road, Central City, Ky., 42330
The Defendant is being sued in his (X) individual and (X) official capacity.

(8) Defendant Chase _____ McRoy is employed as a Security employee, at Green River Corr. Complex, 1200 River Road, Central City, Ky., 42330.
The Defendant is being sued in his (X) individual and (X) official capacity.

(9) Defendant Frederick _____ Rogers is employed as a Security employee at Kentucky State Penitentiary, 266 Water Street, Eddyville, Ky., 42038.
The Defendant is being sued in his (X) individual and (X) official capacity.

(10) Defendant Brittany _____ Fraliex as employed as Administration employee at Kentucky State Penitentiary, 266 Water Street, Eddyville, Ky., 42038
The Defendant is being sued in her (X) individual and (X) official capacity.

(11) Defendant William _____ Simpson is employed as an Administrative employee at Kentucky State

Continuance of Defendants: (page three)
Penitentiary, 266 Water Street, Eddyville, Ky., 42038.
The Defendant is being sued in his (X) individual and (X) official capacity.

(12) Tammie Hutchinson is employed as a security employee at Kentucky State Penitentiary, 266 Water Street, Eddyville, Ky., 42038.
The Defendant is being sued in her (X) individual and (X) official capacity.

(13) Defendant _____ is employed as a medical nurse by the _____ who is contracted by named defendant Cookie Crews; D.O.C. at The Green River Correctional Complex, 1200 River Road, Central City, Ky., 42330.
The Defendant is being sued in her (X) individual and (X) official capacity.

Case 5:21-cv-00035-TBR   Document 1   Filed 03/03/21   Page 6 of 12 PageID #: 6

(5) Defendant _____ Massden _____ is employed as Administrative employee at 1200 River Rd., Central City, Ky. 42330.

The Defendant is being sued in his/her ( X ) individual and/or ( X ) official capacity.

See attached Continuance of Defendants.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (___) NO ( X )

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

Court (if federal court, name the district. If state court, name the county): _____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?): _____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

3

### III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

1. On July 18th., 2020 the plaintiff was physically assaulted by named defendant Chase McRoy when Chase McRoy hit plaintiff in the head with a metal Sabre OC canister'. This was cruel and unusual punishment in violation of the 8th. Amendment of our U.S. Constitution.

2. On July 18th., 2020 the plaintiff was forcefully manhandled by being put in physical pains by hand cuffs and metal akle cuffs being squeesed so tightly against plaintiff's skin to bone, that they cut-off the flow of blood circulation, while being escorted to the Segregation unit of The Green River Correctional Complex (here after GRCC). This was cruel and unusual punishment in violation of the 8th. Amendment of our U.S. Constitution.

3. On July 18th., 2020, plaintiff (a male prisoner) was required to fully undress in the direct and

4

**III. STATEMENT OF CLAIM(S) continued**

plain view of a female employee; herein named defendant            Ricktor.

This violated plaintiff's         Amendment of our U.S. constitution.

4. On July 18th., 2020, the plaintiff was further subjected to cruel and unusual punishment by the spiteful and malice orders of both named defendants Erik Lengenman's and Ricktor's to turn off the water supply to the shower stall they were restraining plaintiff in to deny the plaintiff from decontaminating the liquid fire OC spray from his eyes and body.

In further violation of the 8th Amendment of the U.S. constitution.

5. On July 18th., 2020 the plaintiff was denied proper and sufficient medical examination and treatment to the plaintiff by named defendant unknown       medical nurse contracted by the Kentucky Department of Corrections cabinet (hereinafter "D.O.C.") when she refused to examine his head concussion wound or to order his decontamination

of the liquid fire oc chemical.

6. On July 18, 2020, once escorted to his intended segregation cell by defendant Lengenman and helt pinned against a comcrete wall while dressed only in boxer underwear and in body restraints, as defendant Lengenman again required all water supply to be cut off to prevent the plaintiff prisoner from being able to decontaminate the liquid fire chemicals from his eyes and body once placed in the Segregation cell.

Both, claim number 5 and 6 were done in violation of the 8th. Amendment of U.S. Constitution.

7. Some short period of time after the plaintiff had been placed in the Segregation cell in only his boxer underwear, no socks or any manner of foot wear named defendant Ricktor returned to plaintiff's segregated cell and required the plaintiff a male prisoner, to remove the boxer underwear requiring him to for a second occasion, be naked in her direct, plain view.

Plaintiff feels that this naked exposal before the opposite sex violated his     Amendment to be secure in his person.

8. The plaintiff was left without any water source to his assigned segregation cell to inable him to decontaminate the liquid fire chemicals from his eyes or body, or the flush the toilet;

6.

with no form of sufficient body covering and no shower for four (4) days; and only allowed him to dress minutes before his transfer on July 22nd., 2020, when he was transferred to The Kentucky State Penitentiary prison facility.

This cruel and unusual punishment was in violation of the 8th. Amendment of the U.S. Constitution.

9. On September 3rd., 2020, at the Kentucky State Penitentiary, the plaintiff was intentionally subjected to a prison Adjustment hearing by named defendants Frederick Rogers, Brittany Fraliex and William Simpson, the hearing was entirely outside the mandated requirements of Wolff V. McDonnell, 418 U.S. 539 (1974) and the written Adjustment procedures guidelines of D.O.C.'s Adjustment hearing policy 15.6.

This violated plaintiff's 14th. Amendment of U.S. Constitution

10. Both, of the named Defendant Wardens are liable because it is their lawful obligation(s) under Kentucky Revised Statute(s)(KRS) 197.020 and/or 196.____ to take care that they manage their respective prison facility under the requirements of law; Their personal failure(s) to do so has, in this particular case, violated plaintiff's protections under the fourteenth Amendment of our U.S. Constitution.

7.

11. Defendant Cookie Crews is liable because her sole lawful obligation is the lawful and constitution operations of all prison facilities in the jurisdiction of this Commonwealth State; it is specifically mandated by the Commonwealth Constitution, Section 254 and under the 14 Amendment of the U.S. Constitution; her refusal to intervene to correct the lawful short comings of her employees fall back at her feet.

12. Since being at the Kentucky State Penitentiary, and particularly on dates of: September 14, 2020; September 22, 2020; October 15, 2020; October 21, 2020, December 1, 2020 and numerous following dates, the named defendant, Tammie Hutchinson being a legally untrained person in law and constitutional awareness of entitlements of those being retained by the people of this Commonwealth State or a librarian of any degree, arbitrarily denied plaintiff, and numerous other Segregated prisoners at the KSP prison facility, to equal access to the prison facility's prisoners' law library program and its services, or to any access of same.

These denials violated the plaintiff's 14th. Amendment of the U.S. Constitution.

8.

IV.  RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

_X_ award money damages in the amount of $ 900,000.00

_X_ grant injunctive relief by Ordering plaintiff's immediate release from the Segregation unit, to general population.

_X_ award punitive damages in the amount of $ 100,000.00 each defendant.

_X_ other: Return of plaintiff's wrongfully forfeited none restorable good time credits.

V.  DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 16 day of February, 2021.

Curtis Smith ✓
(Signature of Plaintiff)

None
(Signature of additional Plaintiff)

None
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on February 16, 2021.

Curtis Smith ✓
(Signature)

9.